Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.monesi@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:    (310) 556-4811
Facsimile:    (310) 943-0396

Troy L. Isaacson, Esq., (Cal. Bar No. 186834, NV Bar No. 6690)
Norberto J. Cisneros, Esq., (Cal. Bar No. 182001, NV Bar No. 8782)
Barbara M. McDonald, Esq., (Cal. Bar No. 281722, NV Bar No. 11651)
MADDOX | ISAACSON | CISNEROS LLP
11920 Southern Highlands Parkway, Suite 100
Las Vegas, Nevada 89141
Telephone:    (702) 366-1900
Facsimile:    (702) 366-1999

Attorneys for Plaintiffs Nicholas Wylie,
Shawna Wylie, Timothy Ryan, and Gregory Perger

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NICHOLAS WYLIE, SHAWNA WYLIE (fka BROWN), TIMOTHY RYAN, and GREGORY PERGER, individually, and on behalf of a class of similarly situated individuals,<br><br>        Plaintiffs,<br><br>        v.<br><br>HYUNDAI MOTOR AMERICA, a California corporation,<br><br>        Defendant. | Case No.: 8:16-cv-02102-DOC-JCG<br><br>Hon. David O. Carter<br><br>**FINAL JUDGMENT**<br><br>Date:    March 2, 2020<br>Time:    8:30 a.m.<br>Place:    Courtroom 9D |

# FINAL JUDGMENT

Under Rules 54(b) and 58, it is adjudged as follows:

1.      The Court entered the Order Granting Motion for Final Approval of Class Action Settlement ("Final Approval Order") approving the Settlement;

2.      For the reasons stated in the Court's Final Approval Order, judgment is hereby entered in accordance with the Final Approval Order; and

3.      Plaintiffs' claims asserted against Defendants in this action are dismissed with prejudice, without costs to any party, except as provided for in the Final Approval Order or Settlement Agreement.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated:  March 2, 2020

Hon. David O. Carter
United States District Judge